# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Derrick Jervon Lindsay, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00076-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Lambert | ) | |
| FNU Ingrum | | |
| FNU Parson | | |
| FNU Mills | | |
| Robert C. Lewis | | |
| FNU Stewert, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2015 Order.

February 5, 2015

Frank G. Johns, Clerk
United States District Court